```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-03-525 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| v. ) | MOTIONS HEARING DATE, RESETTING |
| ) | BRIEFING SCHEDULE, AND EXCLUDING |
| ROGER DALE BETTS, ) | TIME UNDER SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | Court:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff United States of America, on the one hand, and Timothy Zindel, Assistant Federal Defender, attorney for defendant Roger Dale Betts, on the other hand, that:

1. The presently scheduled non-evidentiary motions hearing date of May 17, 2005, shall be continued to June 7, 2005, at 9:30 a.m. The Courtroom Clerk has approved of this latter hearing date.

2. The United States shall file its response to Betts' motion by May 17, 2005.

1

3. Betts shall file any reply in support of his motion by May 31, 2005.

4. Time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be excluded under Local Code E, pertaining to pending motion, until the Court's resolution of Betts' motion.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender

DATED:  May 6, 2005.    By:    /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROGER DALE BETTS
                                        (per e-mail authorization)

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  May 6, 2005.    By:    /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
                                        United States of America

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED:  May 6, 2005        /s/Lawrence K. Karlton
                                      HON. LAWRENCE K. KARLTON
                                      Senior Judge
                                      United States District Court