```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-03-525 LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | MOTIONS HEARING DATE, RESETTING |
| | ) | BRIEFING SCHEDULE, AND EXCLUDING |
| ROGER DALE BETTS, | ) | TIME UNDER SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Court:  Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff United States of America, on the one hand, and Timothy Zindel, Assistant Federal Defender, attorney for defendant Roger Dale Betts, on the other hand, that:

   1.   The presently scheduled non-evidentiary motions hearing date of June 7, 2005, shall be continued to July 12, 2005, at 9:30 a.m.  The Courtroom Clerk has approved of this latter hearing date.

   2.   The United States shall file its response to Betts' motion by June 21, 2005.

   3.   Betts shall file any reply in support of his motion by

1

1  July 5, 2005.
2      4.   Time within which the trial of this matter must be
3  commenced under the Speedy Trial Act shall continue to be
4  excluded under Local Code E, pertaining to pending motion, until
5  the Court's resolution of Betts' motion.

```
                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Public Defender

DATED:  May 17, 2005.     By:    /s/ Timothy Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ROGER DALE BETTS
                                   (per e-mail authorization)


                                  McGREGOR W. SCOTT
                                  United States Attorney


DATED:  May 17, 2005.     By:    /s/ Samuel Wong
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
                                  United States of America
```

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

```
DATED:  May  17, 2005         /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              United States District Judge
```