```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,   )  NO. CR. S-03-525 LKK
11                             )
                  Plaintiff,   )  STIPULATION AND ORDER CONTINUING
12           v.                )  MOTIONS HEARING DATE, RESETTING
                               )  BRIEFING SCHEDULE, AND EXCLUDING
13 ROGER DALE BETTS,           )  TIME UNDER SPEEDY TRIAL ACT
                               )
14                Defendant.   )
                               )
15 _____ )  Court:  Hon. Lawrence K. Karlton
16
```

17      IT IS HEREBY STIPULATED by and between the parties hereto
18 through their respective counsel, Samuel Wong, Assistant United
19 States Attorney, attorney for plaintiff United States of America,
20 on the one hand, and Timothy Zindel, Assistant Federal Defender,
21 attorney for defendant Roger Dale Betts, on the other hand, that:
22      1.   The presently scheduled non-evidentiary motions hearing
23 date of July 12, 2005, shall be continued to August 9, 2005, at
24 9:30 a.m.  The Courtroom Clerk has approved of this latter
25 hearing date.  The reason for the continuance is to allow the
26 United States additional time to locate and interview a material
27 witness who has moved.
28      2.   The United States shall file its response to Betts'

1 motion by July 15, 2005.
2     3.   Betts shall file any reply in support of his motion by
3 August 2, 2005.
4     4.   Time within which the trial of this matter must be
5 commenced under the Speedy Trial Act shall continue to be
6 excluded under Local Code E, pertaining to pending motion, until
7 the Court's resolution of Betts' motion.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender

DATED: July 11, 2005.     By:    /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROGER DALE BETTS
                                        (per e-mail authorization)


                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: July 11, 2005.     By:    /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
                                        United States of America

**O R D E R**

   Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.
   IT IS SO ORDERED.

DATED: July 11, 2005         /s/Lawrence K. Karlton
                             HON. LAWRENCE K. KARLTON
                             United States District Judge

2