```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,    )  NO. CR. S-03-525 LKK
11                               )
                     Plaintiff,  )  STIPULATION AND ORDER CONTINUING
12         v.                    )  MOTIONS HEARING DATE, RESETTING
                                 )  BRIEFING SCHEDULE, AND EXCLUDING
13  ROGER DALE BETTS,            )  TIME UNDER SPEEDY TRIAL ACT
                                 )
14                   Defendant.  )
                                 )
15  _____    )  Court:  Hon. Lawrence K. Karlton
16
```

17      IT IS HEREBY STIPULATED by and between the parties hereto
18  through their respective counsel, Samuel Wong, Assistant United
19  States Attorney, attorney for plaintiff United States of America,
20  on the one hand, and Timothy Zindel, Assistant Federal Defender,
21  attorney for defendant Roger Dale Betts, on the other hand, that:
22      1.   The presently scheduled non-evidentiary motions hearing
23  date of August 9, 2005, shall be continued to Wednesday,
24  September 7, 2005, at 9:30 a.m.  The Courtroom Clerk has approved
25  of this latter hearing date.
26      2.   The United States shall file its response to Betts'
27  motion by August 16, 2005.
28      3.   Betts shall file any reply in support of his motion by

1

August 30, 2005.

4. Time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be excluded under Local Code E, pertaining to pending motion, until the Court's resolution of Betts' motion.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender

DATED: August 5, 2005     By:  /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROGER DALE BETTS
                                        (per e-mail authorization)

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: August 5, 2005     By:  /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
                                        United States of America

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: August 5, 2005          /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        United States District Judge