```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROGER DALE BETTS
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  NO. CR. S-03-0525 LKK
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND ORDER
14      v.                         )
                                   )
15  ROGER DALE BETTS,              )  Date: September 7, 2005
                                   )  Time: 9:30 a.m.
16              Defendant.         )  Judge: Hon. Lawrence K. Karlton
                                   )
17  _____)

18
```

19    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Roger Dale Betts, that the following amended
21 schedule be set for briefing and hearing on defendant's motion to
22 suppress evidence:

23    1. Defendant's reply to the government's opposition shall be filed
24 by October 4, 2005.

25    2. Hearing on the motion shall be held October 18, 2005, at 9:30
26 a.m. (vacating the hearing set for September 7, 2005). If evidence must
27 be taken, an evidentiary hearing may be scheduled for a later date and
28 time.

1 | The parties recognize that time under the Speedy Trial Act is automatically excluded due to pendency of the motion under Local Code E.

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: September 1, 2005           /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for ROGER DALE BETTS


                                   McGREGOR SCOTT
                                   United States Attorney

Dated: September 1, 2005           /s/ T. Zindel for S. Wong
                                   SAMUEL WONG
                                   Assistant U.S. Attorney


**O R D E R**

The above briefing and hearing schedule is adopted, with a non-evidentiary hearing to be held October 18, 2005. The hearing scheduled for September 7, 2005, is vacated.

**IT IS SO ORDERED.**

Dated: September 1, 2005           /s/Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
                                   UNITED STATES DISTRICT JUDGE

2