```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROGER DALE BETTS
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S-03-0525 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **RE BRIEFING SCHEDULE** |
| | ) | |
| ROGER DALE BETTS, | ) | |
| | ) | Date:  October 20, 2005 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Roger Dale Betts, that the following amended schedule be set for briefing on defendant's motion to suppress evidence:

Defendant's reply to the government's opposition, previously due October 4, may be filed by October 14, 2005.

Hearing on the motion shall be held October 20, 2005, at 9:30 a.m., as the court has previously scheduled.  The parties continue to agree that an evidentiary hearing, if ordered, may be scheduled for a later date and time.

/////

The parties recognize that time under the Speedy Trial Act is automatically excluded due to pendency of the motion under Local Code E.

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


Dated: October 14, 2005                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROGER DALE BETTS


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: October 14, 2005                 /s/ T. Zindel for S. Wong
                                        SAMUEL WONG
                                        Assistant U.S. Attorney
```

## O R D E R

Defendant's reply brief shall be filed October 14, 2005.

**IT IS SO ORDERED.**

```
DATED: October 17, 2005                 /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        Senior Judge
                                        United States District Court
```

2