UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-03-525 LKK

    Plaintiff,

  v.                            O R D E R

ROGER DALE BETTS,

    Defendant.
                                    /

    Pursuant to the request of the County Counsel of Plumas County, the court has reviewed in camera the material delivered pursuant to subpoena of the defendant in the above-captioned case. Certain material appears to the court to bear sufficient relationship to issues relating to the pending Franks hearing so as to justify their delivery to the defendant. Certain material appear irrelevant and will not be delivered.

    At the hearing, the court indicated that the United States could have copies of the delivered material. In doing so it simply forgot that the issue of discovery of documents is regulated by the

1

1  Federal Rules.  Accordingly, it now denies the government's request
2  without prejudice to agreement between the parties or a motion
3  before the magistrate judge.
4      Accordingly, defense counsel is directed to contact Ana Rivas,
5  Courtroom Clerk to the undersigned, to obtain delivery of the
6  documents.  The undelivered documents are ordered SEALED and to be
7  retained until disposition of the case, at which time they may be
8  returned to Plumas County.
9      IT IS SO ORDERED.
10     DATED:  January 3, 2006.

11                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
12                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT