UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROGER DALE BETTS,

        Defendant.
                                         /

NO. CR. S-03-525 LKK

O R D E R

    Pursuant to the request of the County Counsel of Plumas County, the court has reviewed in camera the material delivered pursuant to subpoena of the defendant in the above-captioned case. Certain material appears to the court to bear sufficient relationship to issues relating to the pending Franks hearing so as to justify their delivery to the defendant. Certain material appear irrelevant and will not be delivered.

    Accordingly, defense counsel is directed to contact Ana Rivas, Courtroom Clerk to the undersigned, to obtain delivery of the documents. The undelivered documents are ordered SEALED and to be

1

1  retained until disposition of the case, at which time they may be
2  returned to Plumas County.
3      IT IS SO ORDERED.
4      DATED: January 31, 2006.
5                              /s/Lawrence K. Karlton
                               LAWRENCE K. KARLTON
6                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26