1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,      )   NO. CR. S-03-525 LKK
11                                 )
                      Plaintiff,   )   STIPULATION AND ORDER CONTINUING
12          v.                     )   MOTION HEARING DATE AND EXCLUDING
                                   )   TIME UNDER SPEEDY TRIAL ACT
13  ROGER DALE BETTS,              )
                                   )
14                    Defendant.   )
                                   )   Court:  Hon. Lawrence K. Karlton
15  _____    )

16

17       Whereas, there is an evidentiary hearing presently set for

18  March 30-31, 2006, on defendant Roger Dale Betts' motion to

19  suppress evidence; and

20       Whereas, one witness necessary for the hearing has a

21  reserved vacation set for the same time period, and the parties

22  desire to accommodate that witness' vacation,

23       IT IS HEREBY STIPULATED by and between plaintiff United

24  States of America and defendant Betts, through their respective

25  counsel, that:

26       1.   The presently scheduled evidentiary motions hearing

27  dates of March 30-31, 2006, shall be continued to April 28, 2006,

28  at 9:30 a.m., and, if another day is necessary to complete the

                                   1

1  hearing, to include May 2, 2006, at 9:30 a.m.  The Courtroom

2  Clerk has approved of these dates.

3      2.    Time within which the trial of this matter must be

4  commenced under the Speedy Trial Act shall continue to be

5  excluded under Local Code E, pertaining to a pending motion,

6  until the Court's resolution of Betts' motion to suppress.

7                              Respectfully submitted,

8                              DANIEL J. BRODERICK
                               Acting Federal Defender
9

10 DATED:  March 17, 2006      By:    /s/Timothy Zindel
                               TIMOTHY ZINDEL
11                             Assistant Federal Defender
                               Attorney for Defendant
12                             ROGER DALE BETTS
                               (per e-mail authorization)
13

14                             McGREGOR W. SCOTT
                               United States Attorney
15

16
   DATED:  March 17, 2006      By:   /s/ Samuel Wong
17                             SAMUEL WONG
                               Assistant U.S. Attorney
18                             Attorney for Plaintiff
                               United States of America
19

20                          **O R D E R**

21     Based on the stipulation of the parties and good cause

22 appearing therefrom, the Court hereby adopts the stipulation of

23 the parties in its entirety as its order.

24     IT IS SO ORDERED.

25

26
   DATED:  March 17, 2006      /s/ Lawrence K. Karlton
27                             HON. LAWRENCE K. KARLTON
                               United States District Judge
28

                               2