McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-03-525 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER SETTING |
| v. | ) | STATUS CONFERENCE AND EXCLUDING |
| | ) | TIME UNDER SPEEDY TRIAL ACT |
| ROGER DALE BETTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Court:  Hon. Lawrence K. Karlton |
| _____ | ) | |

Whereas, the Court granted defendant Roger Dale Betts' motion to suppress evidence on May 5, 2006;

Whereas, on May 10, 2006, the United States filed an interlocutory appeal from the Court's adverse ruling;

Whereas, on May 15, 2006, the United States filed an amended interlocutory appeal from the Court's adverse ruling; and

Whereas, the United States Attorney's Office must necessarily consult with the United States Department of Justice, Criminal Appellate Section, regarding the Court's adverse ruling before deciding how to proceed in this case,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United

1

1  States Attorney, attorney for plaintiff United States of America,

2  on the one hand, and Timothy Zindel, Assistant Federal Defender,

3  attorney for defendant Roger Dale Betts, on the other hand, that:

4      1.   The Court set a status conference on June 13, 2006, at

5  9:30 a.m.; and

6      2.   Time within which the trial of this matter must be

7  commenced under the Speedy Trial Act shall continue to be

8  excluded under Local Code D and 18 U.S.C. § 3161(h)(1)(E),

9  pertaining to pending interlocutory appeals, from May 10, 2006,

10 until resolution of the United States' appeal.

                                    DANIEL BRODERICK
                                    Federal Public Defender

13 DATED: May 16, 2006.          By:   /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
14                                  Assistant Federal Defender
                                    Attorney for Defendant
15                                  ROGER DALE BETTS
                                    (per e-mail authorization)

17                                  McGREGOR W. SCOTT
                                    United States Attorney

20 DATED: May 16, 2006.          By:   /s/ Samuel Wong
                                    SAMUEL WONG
21                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
                                    United States of America

1

## **O R D E R**

2

3      Based on the stipulation of the parties and good cause

4 appearing therefrom, the Court hereby adopts the stipulation of

5 the parties in its entirety as its order.

6      IT IS SO ORDERED.

7 DATED:  May 19, 2006          /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
8                              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28