```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ROGER DALE BETTS,  )<br>  )<br>        Defendant.  )<br>  )<br>_____ ) | NO. CR. S-03-525 LKK<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE HEARING DATE<br>AND EXCLUDING TIME UNDER SPEEDY<br>TRIAL ACT<br><br>Date: September 12, 2006<br>Time: 9:30 a.m.<br>Court: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff United States of America, on the one hand, and Timothy Zindel, Assistant Federal Defender, attorney for defendant Roger Dale Betts, on the other hand, that:

    1.  The presently scheduled status conference hearing date of August 8, 2006, shall be continued to September 12, 2006, at 9:30 a.m.  The Courtroom Clerk has approved of this latter hearing date.

    2.  This continuance is requested on the ground that both the offices of the Solicitor General and the Criminal Appellate Section at the Department of Justice in Washington, D.C., were

1  flooded by water from unusually heavy rainfall this summer.  The
2  electrical systems in the Department of Justice building were
3  damaged.  The attorneys for both the Solicitor General Office and
4  the Criminal Appellate Section were forced to vacate their
5  respective former offices and relocate elsewhere for a
6  substantial period of time.  Consequently, the United States
7  requests this continuance to allow both the Criminal Appellate
8  Section and the Solicitor General additional time to decide
9  whether to authorize the prosecution of the United States'
10 appeal.
11      3.   Time within which the trial of this matter must be
12 commenced under the Speedy Trial Act shall continue to be
13 excluded under 18 U.S.C. § 3161(h)(1)(E), pertaining to the
14 filing of interlocutory appeals, from the filing of the United
15 States' appeal until, and including, the September 12, 2006,
16 status conference date.

17                                   Respectfully submitted,

18                                   QUIN DENVIR
                                     Federal Public Defender
19

20 DATED: August 3, 2006.        By:  /s/ Timothy Zindel
                                     TIMOTHY ZINDEL
21                                   Assistant Federal Defender
                                     Attorney for Defendant
22                                   ROGER DALE BETTS
                                     (per telephone authorization
23                                   on August 3, 2006)

24
                                     McGREGOR W. SCOTT
25                                   United States Attorney

26 DATED: August 3, 2006         By:  /s/ Samuel Wong
                                     SAMUEL WONG
27                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
28                                   United States of America

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: August 4, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT