1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )  CR. NO. S-03-525 LKK
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13         v.                      )  CONTINUING STATUS CONFERENCE
                                   )  HEARING AND EXCLUDING TIME
14  ROGER DALE BETTS,              )  UNDER SPEEDY TRIAL ACT
                                   )
15              Defendant.         )  Court: Hon. Lawrence Karlton
                                   )  Date:  September 12, 2006
16                                 )

17  _____

18      Whereas, there is a status conference hearing presently set

19  for September 12, 2006, at 9:30 a.m., to determine the status of

20  the United States' appeal of the Court's ruling granting

21  defendant Roger Dale Betts' suppression motion; and

22      Whereas, the United States Attorney's Office has received

23  authorization from the Solicitor General of the United States to

24  proceed with the interlocutory appeal of the Court's ruling

25  granting Betts' suppression motion,

26      It is hereby stipulated and agreed by and between the United

27  States and Betts, through their respective counsel, that:

28      1.   The Court continue the presently set September 12,

2006, at 9:30 a.m. status conference hearing to December 12,

2006, at 9:30 a.m., for further status conference at which time

the parties can report to the Court regarding the status of the

United States' appeal; and

    2.   Time from the date of this stipulation, to and

including, December 12, 2006, shall be excluded from computation

of time within which the trial of this case must be commenced

under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(E)

and Local Code D pertaining to interlocutory appeals.


Dated:   September 12, 2006          McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/  Samuel Wong
                              By:     _____
                                     SAMUEL WONG
                                     Assistant U.S. Attorney



                                     /s/ Timothy Zindel
Dated:   September 12, 2006          _____
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for defendant
                                     Steven Hembree
                                     (per telephone authorization)



                              ORDER


    Based on the stipulation of the parties and good cause

appearing therefrom, the Court hereby adopts the stipulation of

the parties in its entirety as its order.

    IT IS SO ORDERED.

Dated:   September 11, 2006

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT