1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )   NO. CR. S-03-525 LKK
11                              )
                  Plaintiff,    )   STIPULATION AND ORDER VACATING
12       v.                     )   STATUS CONFERENCE AND EXCLUDING
                                )   TIME UNDER SPEEDY TRIAL ACT
13 ROGER DALE BETTS,            )
                                )
14                Defendant.    )
                                )   Court:  Hon. Lawrence K. Karlton
15 _____)

16

17       Whereas, there is a status conference presently set in this
18 Court for December 12, 2006, at 9:30 a.m.; and
19       Whereas, jurisdiction of this case presently lies in the
20 Ninth Circuit Court of Appeal until that court resolves the
21 United States' interlocutory appeal filed on May 10, 2006, from
22 this Court's adverse ruling granting defendant Roger Dale Betts'
23 motion to suppress evidence,
24       IT IS HEREBY STIPULATED by and between the parties hereto
25 through their respective counsel, that:
26       1.   This Court vacate the presently set December 12, 2006,
27 at 9:30 a.m. status conference;
28       2.   Time within which the trial of this matter must be

                                   1

commenced under the Speedy Trial Act shall continue to be excluded under Local Code D and 18 U.S.C. § 3161(h)(1)(E), pertaining to pending interlocutory appeals, from May 10, 2006, until resolution of the United States' interlocutory appeal;

3. The parties shall promptly notify this Court when the United States' interlocutory appeal is resolved and jurisdiction of the case is returned to this Court.

DANIEL BRODERICK
Federal Public Defender

DATED: December 6, 2006.   By:   /s/ Timothy Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Defendant
ROGER DALE BETTS
(per personal authorization)

McGREGOR W. SCOTT
United States Attorney

DATED: December 6, 2006.   By:   /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff
United States of America

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: December 6, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT