McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR. NO. S-03-525 LKK |
|                                    ) | |
|         Plaintiff,                 ) | PLAINTIFF'S MOTION TO |
|                                    ) | DISMISS INDICTMENT AND VACATE |
|     v.                             ) | STATUS CONFERENCE HEARING, AND |
|                                    ) | ORDER THEREON |
| ROGER DALE BETTS,                  ) | Date: May 1, 2007 |
|                                    ) | Time: 9:30 a.m. |
|         Defendant.                 ) | Court: Hon. Lawrence K. Karlton |
| _____) | |

    Plaintiff United States of America respectfully submits this motion to: (1) dismiss the Indictment in this case on the ground that this Court previously suppressed the evidence necessary to proceed with the prosecution of this case, and the Ninth Circuit Court of Appeals has affirmed this Court's suppression order; and (2) vacate the presently scheduled May 1, 2007, at 9:30 a.m. status conference hearing on the ground that the instant motion

///
///
///

1

to dismiss the Indictment, if granted, renders the status conference unnecessary. The United States represents that counsel for Betts has advised that he does not oppose this motion.

DATED: April 27, 2007

McGREGOR W. SCOTT
United States Attorney

BY: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

_____

ORDER

The Court having received, read, and considered the United States' instant motion, and good cause appearing therefrom,

It is hereby ordered that the motion is granted and the Indictment in this case is dismissed. It is also ordered that the presently scheduled May 1, 2007, at 9:30 a.m. status conference hearing is vacated.

Dated: April 27, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2